IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:21-cv-3087-WJM-NRN

**LEN BOCANEGRA**,
     Plaintiff,

v.

**AREPAS HOUSE, LLC**, **and JORGE A. DOMINGUEZ,**
     Defendants.

---

### JOINT NOTICE OF SETTLEMENT

---

     Plaintiff and Defendants submit this Joint Notice of Settlement to apprise the Court that Plaintiff and Defendants have reached a settlement in principle that will resolve all claims asserted in this lawsuit. In light of their progress, the parties request that all deadlines be stayed pending finalization of their settlement.

     Respectfully submitted,

     **PLAINTIFF LEN BOCANEGRA**

     SANFORD LAW FIRM, PLLC
     Kirkpatrick Plaza
     10800 Financial Centre Pkwy, Suite 510
     Little Rock, Arkansas 72211
     Telephone: (501) 221-0088
     Facsimile: (888) 787-2040

     */s/ Josh Sanford*
     Josh Sanford
     Col. Bar No. 44358
     josh@sanfordlawfirm.com

and AREPAS HOUSE, LLC, and
JORGE A. DOMINGUEZ,
DEFENDANTS

ATLAS LAW FIRM, P.C.
One Cherry Center, Suite 1100
501 South Cherry Street
Denver, Colorado 80246
Telephone: (303) 481-6352

*/s/ Edward Levy*
Edward Levy
Col. Bar No. 36090
elevy@atlaslawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or First-Class Mail if non-registrants:

Edward Levy, Esq.
ATLAS LAW FIRM, P.C.
One Cherry Center, Suite 1100
501 South Cherry Street
Denver, Colorado 80246
Telephone: (303) 481-6352
elevy@atlaslawpc.com

*/s/ Josh Sanford*
**Josh Sanford**