IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:21-cv-3087-WJM-NRN

**LEN BOCANEGRA**,
    Plaintiff,

v.

**AREPAS HOUSE, LLC**, **and JORGE A. DOMINGUEZ,**
    Defendants.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Len Bocanegra ("Plaintiff") and Arepas House, LLC and Jorge A. Dominguez ("Defendants" and, together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby submit the following for their Joint Stipulation of Dismissal with Prejudice:

1. Plaintiff brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, Colorado Wage Act, C.R.S. § 8-4-101, et seq. ("CWA"), and Colorado Minimum Wage Order No. 34, 7 C.C.R. § 1103-1 ("CMWO").

2. After arm's length negotiations in which Plaintiff and Defendants were represented by counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

Page 1 of 3
Len Bocanegra v. Arepas House, LLC, et al.
U.S.D.C. (D. Colo.) Case No. 1:21-cv-3087-WJM-NRN
Joint Stipulation of Dismissal with Prejudice

3.	The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4.	The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs, except as otherwise agreed.

5.	As the parties' agreement contemplates payments not yet tendered, the parties request that the Court retain jurisdiction of this matter until September 1, 2024, for the limited purpose of enforcing the agreement, if necessary.

Respectfully submitted,

**PLAINTIFF LEN BOCANEGRA**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Col. Bar No. 44358
josh@sanfordlawfirm.com

and	**AREPAS HOUSE, LLC, and JORGE A. DOMINGUEZ, DEFENDANTS**

ATLAS LAW FIRM, P.C.
One Cherry Center, Suite 1100
501 South Cherry Street
Denver, Colorado 80246
Telephone: (303) 481-6352

*/s/ Edward Levy*
Edward Levy
Col. Bar No. 36090
elevy@atlaslawpc.com

Page 2 of 3
Len Bocanegra v. Arepas House, LLC, et al.
U.S.D.C. (D. Colo.) Case No. 1:21-cv-3087-WJM-NRN
Joint Stipulation of Dismissal with Prejudice

## CERTIFICATE OF SERVICE

    I hereby certify that on August 25, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants, and by email and/or First-Class Mail if non-registrants:

Edward Levy, Esq.
ATLAS LAW FIRM, P.C.
One Cherry Center, Suite 1100
501 South Cherry Street
Denver, Colorado 80246
Telephone: (303) 481-6352
elevy@atlaslawpc.com

                                                    */s/ Josh Sanford*
                                                  **Josh Sanford**

Page 3 of 3
Len Bocanegra v. Arepas House, LLC, et al.
U.S.D.C. (D. Colo.) Case No. 1:21-cv-3087-WJM-NRN
Joint Stipulation of Dismissal with Prejudice